## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**SHARON GIBSON-WALKER**           *

        **Plaintiff**           *           **CASE No.**

**vs.**                                    *           **CIVIL COMPLAINT**

**PEROUTKA & PEROUTKA, P.A.**      *

                                    **JURY TRIAL DEMANDED**

        **Defendant**           *

    *     *     *     *     *     *     *     *     *     *     *

## COMPLAINT AND JURY DEMAND

**COMES NOW**  Sharon Gibson-Walker, the Plaintiff herein, by her undersigned counsel, David E. Bokeno, Esq., complaining of Defendant, and respectfully avers as follows:

## INTRODUCTION

1. Plaintiff, Sharon Gibson-Walker (hereinafter "Plaintiff"), is an individual consumer and brings this action for actual and statutory damages and other relief against Defendant for violations of the Fair Debt Collections Practices Act, 15 U.S.C. 1692 *et seq.* ("FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive and unfair practices.

## JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C 1692k(d) and 28 U.S.C. 1337.

3.  Venue in this District is proper in that the Defendant transacts business here and the conduct complained of occurred here.

## PARTIES

4.  Plaintiff, Sharon Gibson-Walker, is an adult individual and citizen of the State of Maryland, residing at 9230 Traders Crossing Apt. R, Laurel MD 20723-1625.

5.  Defendant, Peroutka & Peroutka, P.A., at all times relevant hereto, is engaged in the business of collecting debts within the State of Maryland. Defendant's principal place of business is 8028 Ritchie Highway, Suite 300, Pasadena Maryland, 21122.

6.  Defendant is engaged in the collection of debts from consumers using instrumentalities of interstate commerce and the mail.  Defendant regularly attempts to collect consumer debts alleged to be due to another.  Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. 1692a(6).

## FACTUAL ALLEGATIONS

7.  On March 5, 2007 Defendant obtained a judgment against Plaintiff in the District Court of Maryland for Howard County after having sued Plaintiff to collect a credit card debt allegedly owed to Pasadena Receivables, Inc.

8.  After Plaintiff's timely motion for reconsideration was denied Plaintiff appealed said judgment on May 16, 2007.

9.  During the pendency of Plaintiff's appeal Defendant began to garnish Plaintiff's wages on October 5, 2007, taking $271.97 and the same amount on

October 19, 2007, November 2, 2007, November 16, 2007 and November 30, 2007 for a total garnishment of $1359.85.

10. On November 28, 2007 the Circuit Court for Howard County vacated the judgment of the District Court of Maryland for Howard County and remanded the case for further proceedings consistent with the Circuit Court's Memorandum Opinion.

11. On May 19, 2008 the District Court tried the case again on remand and entered judgment in favor of Sharon Gibson-Walker, the Plaintiff herein.  On May 21, 2008 Defendant offered to waive its rights to appeal that judgment in exchange for keeping the monies already garnished from Plaintiff.

12. Plaintiff did not accept Defendant's offer.  Nevertheless, Defendant has not returned to Plaintiff the $1359.85 that Defendant garnished from Plaintiff's wages while the case was on appeal.

13. Defendant's unfair conduct has caused Plaintiff to suffer great financial hardship, personal anxiety, and family strains.

**COUNT I**

**FDCPA VIOLATIONS**

14. The above paragraphs are hereby incorporated herein by reference.

15. Defendant violated 15 U.S.C. 1692f in that Defendant used unfair means to retain monies to which Defendant was not entitled.

2

16.  As a result of the foregoing violations of the FDCPA, Defendant is liable to Plaintiff for a declaratory judgment that Defendant's conduct violated the FDCPA, actual damages, statutory damages, attorney's fees and costs and other appropriate relief.

**WHEREFORE,** Plaintiff respectfully requests that this court enter judgment in her favor and against Defendant and Order the following relief:

a.  Declaratory judgment that the Defendant's conduct violated the FDCPA;

b.  Actual damages;

c.  Statutory damages pursuant to 15  USC 1692k;

d.  Reasonable attorney's fees and costs of suit pursuant to 15 USC 1692k; and

e.  Such additional and further relief as may be appropriate or that the interests of justice require.

## <u>JURY DEMAND</u>

Plaintiff hereby demands a jury trial as to all issues herein.

Respectfully submitted,

_____/s/_____
David E. Bokeno
205 East 28th Street
Baltimore, MD 21218
410-243-5393 phone
410-243-1550 fax
Davidbo1964@yahoo.com
Attorney for Plaintiff
Bar ID:

This job requires more memory than is available in this printer.
Try one or more of the following, and then print again:
    For the output format, choose Optimize For Portability.
    In the Device Settings page, make sure the Available PostScript Memory is accurate.
    Reduce the number of fonts in the document.
    Print the document in parts.