IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SHARON GIBSON-WALKER | * | |
| Plaintiff | * | CASE No. 1: 09-cv-1301 |
| vs. | * | CIVIL COMPLAINT |
| PEROUTKA & PEROUTKA, P.A. | * | JURY TRIAL DEMANDED |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

**COMES NOW** Sharon Gibson-Walker, the Plaintiff herein, by her undersigned counsel, David E. Bokeno, Esq., and hereby respectfully requests this Honorable Court as follows:

## DISMISSAL

1. That this Honorable Court dismiss the above titled action with prejudice as the parties hereto have reached a settlement.

Respectfully submitted,

_____/s/_____
David E. Bokeno
205 East 28th Street
Baltimore, MD 21218
410-243-5393 phone
410-243-1550 fax
Davidbo1964@yahoo.com
Attorney for Plaintiff
Bar ID:  25492

Date:  07/10/2009